JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURANT MCLEOD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TRANSUNION, a Delaware corporation; TRANSUNION LLC, a Delaware limited liability company; SALESFORCE, INC., a Delaware corporation; and DOES 1-100, inclusive,<br><br>Defendants. | CASE NO. 2:25-cv-08553-SB-SK<br><br>[Assigned for all purposes to Hon. Stanley Blumenfeld, Jr., Dept. 6C]<br><br>**ORDER RE PLAINTIFF'S VOLUNTARY DISMISSAL**<br><br>Action filed: September 9, 2025<br>Trial date: None set |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to Plaintiff's voluntary dismissal, all claims asserted by Plaintiff Durant McLeod are dismissed without prejudice, and each party will bear its own attorneys' fees and costs.

DATED: December 29, 2025



HON. STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE